FILED

SEP - 6 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case Number: AU:06-CR-00190(1)-SS |
| | § | |
| (1) JEREMY WATNICK | § | |
| *Defendant* | | |

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (1) JEREMY WATNICK, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____
Defendant

9/6/06
Date

Respectfully submitted,

_____
Malcolm Greenstein
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the __6th__ day of __Sept.__, 20__06__.

_____
Malcolm Greenstein
*Attorney for Defendant*